JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DEAN, | NO. CV 12-7313 FMO (MANx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DICK'S SPORTING GOODS, INC., | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 26th day of July, 2013.

/s/
Fernando M. Olguin
United States District Judge